The TORO COMPANY, Plaintiff–Appellant,

v.

WHITE CONSOLIDATED INDUSTRIES, INC. and WCI Outdoor Products, Inc., Defendants–Cross Appellants.

Nos. 03–1424, 03–1456.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 3, 2003.

*ORDER*

White Consolidated Industries, Inc. and WCI Outdoor Products, Inc. (jointly, "WCI") move without opposition to withdraw its cross-appeal no. 03–1456 pursuant to Fed. R.App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.

(3) The official caption will be revised and served on the parties by the court.